# Court of Appeals
# of the State of Georgia

ATLANTA,_____

*The Court of Appeals hereby passes the following order:*

## A20D0338. ADAM HORRIGAN v. MICHELLE HORRIGAN.

It appearing the order of this Court issued JUNE 08, 2020 is incorrect due to clerical error, it is hereby ordered that said order is VACATED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*